IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BRAD ALLEN MEEKS**   PETITIONER

VS.   CASE NO. 05:05CV00164

**LARRY NORRIS, Director**
**Arkansas Department of Correction**   RESPONDENT

### ORDER

Petitioner has filed a notice of appeal, which we construe as a motion for certificate of appealability in this habeas corpus action. Pursuant to 28 U.S.C. 2253(c)(2), such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." We have reviewed the allegations contained in the petitioner's request for certificate of appealability and find the petitioner has not made the requisite showing. Accordingly, the motion for certificate of appealability is denied.

IT IS SO ORDERED this __14__ day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE